IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| MARGARET ELIAS,           )<br>                                        )<br>     Plaintiff,              )<br>                                        )<br>vs.                                 )<br>                                        )<br>MICHAEL J. ASTRUE,    )<br>Commissioner of Social    )<br>Security Administration,   )<br>                                        )<br>     Defendant.           )<br>                                        ) | No. CIV 10-244-TUC-CKJ (GEE)<br><br>**ORDER** |

On March 9, 2011, Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation [Doc. # 24] in which she recommended that Plaintiff's Motion for Summary Judgment [Doc. # 19] be granted in part and this matter be remanded for further proceedings. Magistrate Judge Edmonds advised the parties that, pursuant to 28 U.S.C. § 636(b), any written objections were to be filed and served within 14 days after being served with a copy of the Report and Recommendation. No objections have been filed within the time provided.

Accordingly, after an independent review, IT IS ORDERED:

1.  The Report and Recommendation [Doc. # 24] is ADOPTED;

2.  Plaintiff's Motion for Summary Judgment [Doc. # 19] is GRANTED IN PART;

3.  This matter is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation;

1    4.    The Clerk of the Court shall enter judgment in this case and shall then close its file in this matter.

DATED this 5th day of April, 2011.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge

- 2 -